

# Fourth Court of Appeals
## San Antonio, Texas

May 5, 2015

No. 04-15-00105-CV

Mava **HURD** and Leonard Izzo,
Appellants

v.

**RAPIER FAMILY FOUNDATION,**
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-14969
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellants' second motion for extension of time is GRANTED. Appellants' brief is due on **June 15, 2015**.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of May, 2015.

_____
Keith E. Hottle
Clerk of Court